JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 8:24-cv-02637-JVS-KES |
| Date | December 18, 2025 |
| Title | Plymouth Rock Insurance Company v. Hyundai Motor America et al |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Dismissing Case Pursuant to Joint Stipulation to Dismiss [23]**

On December 18, 2025, the parties filed a joint stipulation to dismiss this cause pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 23.)

According to the terms of the stipulation, this case is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**